1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             EASTERN DISTRICT OF CALIFORNIA
10

11 | JOSEPH GRIMES,                          | 1:16-cv-00666-EPG (PC)
12 |          Plaintiff,                     |
13 |     v.                                  | ORDER TRANSFERRING CASE TO THE
   |                                         | SACRAMENTO DIVISION OF THE
14 | LEALI, et al.,                          | EASTERN DISTRICT OF CALIFORNIA
15 |          Defendants.                    |

17   Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42
18 U.S.C. § 1983.
19   In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged
20 violations took place in Solano County, which is part of the Sacramento Division of the United
21 States District Court for the Eastern District of California. Therefore, the complaint should have
22 been filed in the Sacramento Division.
23   Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
24 Court may, on the Court's own motion, be transferred to the proper Court.  Therefore, this action
25 will be transferred to the Sacramento Division.
26   Good cause appearing, IT IS HEREBY ORDERED that:
27   1. This action is transferred to the United States District Court for the Eastern District of
28 California sitting in Sacramento; and

                                                  1

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **May 19, 2016**              /s/ Edmund P. Grosj[...]
                                     UNITED STATES MAGISTRATE JUDGE

2