1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH GRIMES,                              No.  2:16-cv-1075 CKD P

12                  Plaintiff,

13          v.                                    ORDER

14    LEALI, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C.

18    § 1983.  Judgment was entered on October 25, 2016.  On November 3, 2016, plaintiff filed a

19    notice of appeal.  On November 21, 2016, the United States Court of Appeals for the Ninth

20    Circuit referred this matter to the district court "for the limited purpose of determining whether in

21    forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken

22    in bad faith."  (ECF No. 20.)

23          The Federal Rules of Appellate Procedure provide as follows:

24              [A] party who has been permitted to proceed in an action in the
                district court in forma pauperis . . . may proceed on appeal in forma
25              pauperis without further authorization unless . . . the district court
                shall certify that the appeal is not taken in good faith or shall find
26              that the party is otherwise not entitled so to proceed . . . .

27    Fed. R. App. P. 24(a).  After review of the record herein, the court determines that plaintiff's

28    appeal is frivolous and his in forma pauperis status on appeal should be revoked.  This filing

1

1    constitutes notification to plaintiff and the Ninth Circuit Court of Appeals.

2         IT IS SO ORDERED.

3    Dated:  November 22, 2016

4                                                   _____
                                                    CAROLYN K. DELANEY
5                                                   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10   2/grim1075.ifp_appeal

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2